IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BANK OF NEW YORK, formerly known as The Bank of New York, As Trustee on behalf of The Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series 2006-OC11 | : : : : : : : | CIVIL ACTION |
| v. | : : | |
| ROBERT BRUCE FAZIO and UPPER INDIAN HEAD ROAD DEVELOPMENT, LLC, REAL OWNER | : : : | NO. 19-3907 |

## ORDER

**NOW**, this 5th day of September, 2019, upon consideration of the Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.